**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Raymond O. LEECH, a/k/a Neil,**
**Defendant–Appellant.**

**No. 13–7870.**

United States Court of Appeals,
Fourth Circuit.

Submitted: April 24, 2014.

Decided: April 28, 2014.

Raymond O. Leech, Appellant Pro Se. Michael Clayton Hanlon, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond O. Leech appeals the district court's order denying his Federal Rule of Civil Procedure 60(b) motion, in which he attempted to collaterally challenge his criminal conviction and sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Leech*, No. 1:06–cr–00427–WDQ–2 (D.Md. Oct. 18, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*